MARK B. CHASSMAN (SBN 119619)
RHONDA E. KALEY (SBN 138546)
CHASSMAN & SEELIG, LLP
350 South Figueroa Street, Suite 580
Los Angeles, CA 90071-1102
Telephone: (213) 626-6700
Facsimile: (213) 626-5111

Attorneys for Defendant
M. Rothman & Co., Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CREDITORS ADJUSTMENT BUREAU, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>M. ROTHMAN & CO., INC.,<br><br>Defendant. | CASE NO. C08-01431 MMC<br><br>Assigned to: Hon. Maxine M. Chesney<br><br>**CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT**<br><br>TRIAL DATE:   None Set |

I, MARIBEL SANTOS, declare:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 350 South Figueroa Street, Suite 580, Los Angeles, California which is located in the city, county, and state where the mailing described below took place.

3. On March 19, 2008, I deposited in the United States Mail at Los Angeles, California, and mailed to plaintiff's counsel, Kenneth J. Freed, Esq., a copy of the Notice to Adverse Party of Removal to Federal Court, a copy of which

1

CERTIFICATE OF SERVICE

1  is attached to this Certificate of Service.
2    4. In the same mailing envelope addressed to Mr. Freed, I enclosed the
3  following documents:
4    (a) A file-stamped copy of the Notice of Removal
5    (b) Civil Cover Sheet
6    (c) Order Setting Initial Case Management Conference and ADR
7      Deadlines
8    (d) Case Management Conference Order
9    (e) Standing Orders for Civil Cases Assigned to the Honorable
10     Maxine M. Chesney
11   (f) Standing Order for All Judges of the Northern District of
12     California: Contents of Joint Case Management Statement
13   (g) Welcome to the U.S. District Court: Guidelines for Filing
14   (h) Notice of Availability of Magistrate Judge to Exercise
15     Jurisdiction
16   (i) Consent to Proceed Before a United States Magistrate Judge
17     (Blank)
18   (j) U.S. District Court Northern California - ECF Registration
19     Information Handout
20   I declare under penalty of perjury under the laws of the United States
21 of America that the foregoing is true and correct.
22   Executed on March 19, 2008 at Los Angeles, California.

               _____
               MARIBEL SANTOS

| | |
|---|---|
| 1 | CHASSMAN & SEELIG, LLP |
|  | MARK B. CHASSMAN (SBN 119619) |
| 2 | RHONDA E. KALEY (SBN 138546) |
|  | 350 South Figueroa Street, Suite 580 |
| 3 | Los Angeles, CA 90071-1102 |
|  | Telephone: (213) 626-6700 |
| 4 | Facsimile:  (213) 626-5111 |
| 5 | Attorneys for Defendant |
|  | M. Rothman & Co., Inc. |

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF ALAMEDA

GALE-SCHENONE HALL OF JUSTICE



| | |
|---|---|
| CREDITORS ADJUSTMENT BUREAU, INC., a California corporation, | CASE NO. VG08369586 |
| Plaintiff, | Assigned to: Hon. Jon S. Tigar  Department 21 |
| v. | **NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT** |
| M. ROTHMAN & CO., INC., and DOES 1 through 10, inclusive, | |
| Defendants. | TRIAL DATE:    None Set |

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS GIVEN that a Notice of Removal of this action was filed in the United States District Court for the Northern District of California (Oakland) on March 13, 2008 as U.S. District Court Case No. C08-01431 MMC.

/ / /

/ / /

1

NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT

1  A file-stamped copy of the Notice of Removal is attached to this Notice and is filed and
2  served herewith.

4  DATED: March 18, 2007                    CHASSMAN & SEELIG, LLP

6                                           By: *Rhonda E Kaley*
7                                           RHONDA E. KALEY
                                            Attorneys for Defendant
8                                           M. Rothman & Co., Inc.

2

NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT

```
1  MARK B. CHASSMAN (SBN 119619)
   RHONDA E. KALEY (SBN 138546)
2  CHASSMAN & SEELIG, LLP
   350 South Figueroa Street, Suite 580
3  Los Angeles, CA 90071-1102
   Telephone: (213) 626-6700
4  Facsimile: (213) 626-5111

5  Attorneys for Defendant
   M. Rothman & Co., Inc.
```

ORIGINAL FILED MAR 13 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND

ADR

COPY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CREDITORS ADJUSTMENT BUREAU, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>M. ROTHMAN & CO., INC.,<br><br>Defendant. | CASE NO. C08-01431 MMC<br><br>Assigned to:<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) [DIVERSITY]**<br><br>TRIAL DATE:   None Set |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

NOTICE IS GIVEN that defendant M. Rothman & Co., Inc. hereby removes to this Court the state court action described below.

1.   On February 4, 2008, an action was commenced in the Superior Court of the State of California in and for the County of Alameda, entitled *Creditors Adjustment Bureau, Inc. v. M. Rothman & Co., Inc., et al.,* Alameda County Superior Court Case No. VG08369586. True and correct copies of the state court

1

NOTICE OF REMOVAL

complaint and related documents, including, but not limited to, a Summons, a Notice of Case Management Conference and Order, a Notice of Judicial Assignment, and a Civil Case Cover Sheet, which were served in conjunction with the complaint are attached, collectively, as Exhibit A.

2. The first date upon which defendant M. Rothman & Co., Inc. received a copy of the state court complaint was February 14, 2008, when an employee of defendant picked up the Exhibit A documents from the post office.

3. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. section 1332 and is one which may be removed to this Court by defendants pursuant to the provisions of 28 U.S.C. section 1441(b) in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of the $75,000, exclusive of interests and costs. Plaintiff has alleged $145,804.71 in damages, exclusive of interest, costs, and attorneys' fees. *See*, Exhibit A, Complaint, page 1, para. 2.

4. Complete diversity exists between the parties. Plaintiff identifies itself as a California corporation. Defendant M. Rothman & Co., Inc. was at the time of the filing of the state court action, and still is, a corporation incorporated under the laws of the State of New Jersey, having its principal place of business in Ramsey, New Jersey. M. Rothman & Co. is the only named defendant in the state court action.

5. Plaintiff's claims arise out of an alleged breach of contract between Hannspree California Inc., plaintiff's assignor, and M. Rothman & Co., Inc. Plaintiff seeks $145,804.71 in contract damages, plus interest, costs, and attorneys' fees.

///

NOTICE OF REMOVAL

1      6.    Defendant M. Rothman & Co., Inc. respectfully requests that the state
2  court action now pending in the Alameda County Superior Court be removed to
3  this court.
4
5  DATED: March 12, 2008                CHASSMAN & SEELIG, LLP
6
7                                            By: _____
8                                                RHONDA E. KALEY
                                                Attorneys for Defendant
9                                                  M. Rothman & Co., Inc.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## PROOF OF SERVICE

STATE OF CALIFORNIA )
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is: 350 South Figueroa Street, Suite 580, Los Angeles, California 90071-1102.

On March 12, 2008, I served the foregoing documents described as **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) [DIVERSITY]** on the interested parties in this action by placing a true copy thereof enclosed in a sealed, prepaid envelope addressed as follows:

Kenneth J. Freed, Esq.
Law Offices of Kenneth J. Freed
14226 Ventura Blvd.
P.O. Box 5914
Sherman Oaks, CA 91413

__X__ (BY MAIL) I caused such envelope to be deposited in the mail at Los Angeles, California. I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of a party served, service is presumed invalid if the postal cancellation date or postage meter date is more than 1 day after the date of deposit for mailing in affidavit.

____ (BY PERSONAL SERVICE) I delivered such envelope by hand to the offices of the addressee.

Executed on March 12, 2008 at Los Angeles, California.

____ (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

__X__ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

MARIBEL SANTOS                         /s/ Maribel Santos
NAME                                    SIGNATURE

PROOF OF SERVICE

STATE OF CALIFORNIA )
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is: 350 South Figueroa Street, Suite 580, Los Angeles, California 90071-1102.

On March 19, 2008, I served the foregoing documents described as **CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT** on the interested parties in this action by placing a true copy thereof enclosed in a sealed, prepaid envelope addressed as follows:

Kenneth J. Freed, Esq.
Law Offices of Kenneth J. Freed
14226 Ventura Blvd.
P.O. Box 5914
Sherman Oaks, CA 91413

__X__ (BY MAIL) I caused such envelope to be deposited in the mail at Los Angeles, California. I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of a party served, service is presumed invalid if the postal cancellation date or postage meter date is more than 1 day after the date of deposit for mailing in affidavit.

_____ (BY PERSONAL SERVICE) I delivered such envelope by hand to the offices of the addressee.

Executed on March 19, 2008 at Los Angeles, California.

_____ (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

__X__ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

MARIBEL SANTOS
NAME                                SIGNATURE

3

CERTIFICATE OF SERVICE