1  CHASSMAN & SEELIG, LLP
   MARK B. CHASSMAN (SBN 119619)
2  RHONDA E. KALEY (SBN 138546)
   350 South Figueroa Street
3  Suite 580
   Los Angeles, CA 90071
4  Telephone: (213) 626-6700
   Facsimile: (213) 626-5111
5
   Attorneys for Defendant
6  M. Rothman & Co., Inc.

7

8              UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 CREDITORS ADJUSTMENT          ) Case No: C08-01431 MMC
   BUREAU, INC.,                 )
12                               ) Assigned to: Hon. Maxine M. Chesney
                                 )              Dept. 7
13         Plaintiff,            )
                                 ) **DEFENDANT'S REQUEST FOR**
14     vs.                       ) **JUDICIAL NOTICE IN SUPPORT**
                                 ) **OF MOTION TO DISMISS FOR**
15 M. ROTHMAN & CO., INC.,       ) **FAILURE TO STATE A CLAIM ON**
                                 ) **WHICH RELIEF MAY BE**
16                               ) **GRANTED (FRCP 12(b)(6); OR, IN**
           Defendant.            ) **THE ALTERNATIVE, AND**
17                               ) **SUBJECT TO THE COURT'S**
                                 ) **DISCRETION, TO TRANSFER**
18                               ) **PLAINTIFF'S CASE TO NEW**
                                   **JERSEY DISTRICT COURT**
19                                 **UNDER 28 U.S.C. § 1404**

20                                 DATE:  May 30, 2008
                                   TIME:  9:00 a.m.
21                                 DEPT:  7

22                                 TRIAL DATE:  Not Set

23

24

25

26

27 ///

28

                                  1

DEFENDANT'S REQUEST FOR JUDICIAL NOTICE
IN SUPPORT OF MOTION FOR DISMISSAL

1  TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS
2  OF RECORD:
3  Pursuant to Federal Rules of Evidence, Rule 201(b) and (d), defendant M.
4  Rothman & Co., Inc. respectfully requests that the Court take judicial notice of the
5  attached documents in support of its motion for an order dismissing plaintiff's
6  complaint or, in the alternative, transferring the action to the United States District
7  Court in New Jersey.
8
9  1.  Summons and Complaint in the matter of Creditor's *Adjustment
10 Bureau, Inc. v. M. Rothman & Co., Inc.*, originally filed in the Alameda County
11 Superior Court on February 4, 2008 and removed to this Court on March 13, 2008.
12 2.  Complaint in the matter of *M. Rothman & Co., Inc. v. Hannspree
13 North America, Inc.*, New Jersey Superior Court Case No. L-9289-07, filed on
14 December 19, 2007.
15 3.  Summons in the matter of *M. Rothman & Co., Inc. v. Hannspree
16 North America, Inc.*, New Jersey Superior Court Case No. L-9289-07.
17 4.  Proof of Service in the matter of *M. Rothman & Co., Inc. v.
18 Hannspree North America, Inc.*, New Jersey Superior Court Case No. L-9289-07.
19 5.  Request to Enter Default in the matter of *M. Rothman & Co., Inc. v.
20 Hannspree North America, Inc.*, New Jersey Superior Court Case No. L-9289-07
21 and Entry of Default on February 25, 2008.
22 6.  Certification of Proof of Larry Francis In Support of Application for
23 Default Judgment filed on April 1, 2008 in the matter of *M. Rothman & Co., Inc. v.
24 Hannspree North America, Inc.*, New Jersey Superior Court Case No. L-9289-07.
25 7.  Final Judgment on Default filed April 1, 2008 in the matter of *M.
26 Rothman & Co., Inc. v. Hannspree North America, Inc.*, New Jersey Superior
27 Court Case No. L-9289-07.
28

DEFENDANT'S REQUEST FOR JUDICIAL NOTICE
IN SUPPORT OF MOTION FOR DISMISSAL

1  8. Certificate of Status of Foreign Corporation and related information
2 from California Secretary of State's website.

                        Respectfully submitted,

DATED: April 18, 2008        CHASSMAN & SEELIG, LLP

                      By: /s/ Rhonda E. Kaley
                          RHONDA E. KALEY
                          Attorneys for Defendant
                          Mr. Rothman & Co., Inc.

PROOF OF SERVICE

STATE OF CALIFORNIA        )
                           )
COUNTY OF LOS ANGELES      )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is: 350 South Figueroa Street, Suite 580, Los Angeles, California 90071-1102.

On April 21, 2008, I served the foregoing document described as **DEFENDANT'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM ON WHICH RELIEF MAY BE GRANTED (FRCP 12(b)(6); OR, IN THE ALTERNATIVE, AND SUBJECT TO THE COURT'S DISCRETION, TO TRANSFER PLAINTIFF'S CASE TO NEW JERSEY DISTRICT COURT UNDER 28 U.S.C. § 1404** on the interested parties in this action by placing a true copy thereof enclosed in a sealed, prepaid envelope addressed as follows:

Kenneth J. Freed, Esq.
Law Offices of Kenneth J. Freed
14226 Ventura Boulevard
P.O. Box 5914
Sherman Oaks, CA 91413

__X__   (BY MAIL) I caused such envelope to be deposited in the mail at Los Angeles, California. I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of a party served, service is presumed invalid if the postal cancellation date or postage meter date is more than 1 day after the date of deposit for mailing in affidavit.

____   (BY PERSONAL SERVICE) I delivered such envelope by hand to the offices of the addressee.

Executed on April 21, 2008 at Los Angeles, California.

__X__   (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

MARIBEL SANTOS                                  /s/ Maribel Santos
NAME                                            SIGNATURE

4

DEFENDANT'S REQUEST FOR JUDICIAL NOTICE
IN SUPPORT OF MOTION FOR DISMISSAL