```
 1  KENNETH J. FREED, ESQ. [State Bar No. 125349]
    LAW OFFICES OF KENNETH J. FREED
 2  14226 Ventura Boulevard
    P.O. Box 5914
 3  Sherman Oaks, California  91423
    (818) 990-0888
 4  (818) 990-1047 Facsimile
    KJFESQ@yahoo.com
 5
    Attorneys for Plaintiff
 6  CREDITORS ADJUSTMENT BUREAU, INC.
    Our File No. 77906
 7
```

8                        UNITED STATES DISTRICT COURT

9                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

| 11 | CREDITORS ADJUSTMENT BUREAU, INC., A CALIFORNIA CORPORATION | ) ) | CASE NO. C08-01431 MMC |
|----|---|---|---|
| 12 | | ) | Assigned to: Hon. Maxine M. Chesney, Dept. 7 |
| 13 | Plaintiff, | ) ) | |
| 14 | v. | ) ) | CERTIFICATE OF SERVICE OF PLAINTIFF'S OPPOSITION TO |
| 15 | M. ROTHMAN & CO., INC. | ) ) | DEFENDANT'S MOTION TO DISMISS OR TRANSFER |
| 16 | Defendant. | ) ) | Hearing: MAY 30, 2008 |
| 17 | | | TIME: 9:00 A.M. DEPT: 7 |

18                             CERTIFICATE OF SERVICE

19      The undersigned certifies that a true and correct copy of

20  the document entitled OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

21  OR TRANSFER was electronically served upon the following counsel

22  of record in the action electronically filed in the Court, via

23  facsimile transmission, on May 9, 2008.  My business address is

24  14226 Ventura Blvd., Sherman Oaks, CA 91423.  I am not a party to

25  this action.

26      Said electronic facsimile transmission was sent to CHASSMAN

27  & SEELIG, LLP,, RHONDA E. KALEY, ESQ.,attorneys for defendant,

28  whose facsimile transmission number is (213) 626-5111.


                                 1   Certificate of Service

1  The above-described transmission was reported as complete
2  without error by a transmission report issued by the facsimile
3  transmission machine upon which the said transmission was made
4  immediately following the transmission.  A true and correct copy
5  of said transmission report is attached hereto and incorporated
6  herein by this reference.
7  The undersigned further certifies that a true and correct
8  copy of the document entitled OPPOSITION TO DEFENDANT'S MOTION TO
9  DISMISS OR TRANSFER was served upon the following counsel of
10 record in the action electronically filed in this Court, first
11 class mail prepaid, on May 9, 2008.  My business address is 14226
12 Ventura Blvd., Sherman Oaks, CA 91423.  I am not a party to this
13 action.
14 A true and correct copy of the above-referenced document was
15 placed enclosed in a sealed envelope with postage thereon fully
16 prepared and deposited in the U.S. Mail at Sherman Oaks, CA,
17 addressed as follows:
18      Rhonda E. Kaley, Esq.
        Chassman & Seelig, LLP
19      350 South Figueroa St., Suite 580
        Los Angeles, CA 90071
20
21 I declare that I am employed in the office of a member of
22 the bar of this court at whose direction service was made.
23 I declare under penalty of perjury under the laws of the
24 United States and the State of California that the foregoing is
25 true and correct.
26 Executed on May 9, 2008 at Sherman Oaks, CA.
27                          _____
                            Linda F. Beck
28

2    Certificate of Service

|   |   |
|---|---|
| 1 | DECLARATION OF SERVICE BY FAX |
|   | U.S.D.C. NORTHERN DISTRICT OF CALIFORNIA LOCAL RULE 5-5(a)(1) |
| 2 | CALIFORNIA RULES OF COURT, RULE 2008 |

The undersigned certifies and declares as follows:

(1) At the time of the facsimile transmission described below I was at least 18 years of age and not a party to this legal proceeding.

(2) On May 9, 2008 at 2:25, a.m./p.m., I transmitted from a facsimile machine whose telephone number is (818) 990-1047 the following document:

OPPOSITION TO DEFENDANT'S MOTION TO DISMISS OR TRANSFER to CHASSMAN & SEELIG, LLP, MARK B. CHASSMAN, ESQ., RHONDA E. KALEY, ESQ., attorneys for defendant, whose facsimile transmission number is (213) 626-5111.

The above-described transmission was reported as complete without error by a transmission report issued by the facsimile transmission machine upon which the said transmission was made immediately following the transmission. A true and correct copy of the said transmission report is attached hereto and incorporated herein by this reference.

I CERTIFY AND DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF CALIFORNIA AND THE UNITES STATES THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED on May 9, 2008, at Sherman Oaks, California.

_____
LINDA F. BECK

11    Opposition to Defendant's
      Motion to Dismiss

```
TRANSMISSION VERIFICATION REPORT

                                    TIME  : 05/09/2008 13:31
                                    NAME  : KENNETH J FREED
                                    FAX   : 8189901047
                                    TEL   : 8189900888
                                    SER.# : BROE6J464856


DATE,TIME                 05/09 13:28
FAX NO./NAME              12136265111
DURATION                  00:02:56
PAGE(S)                   11
RESULT                    OK
MODE                      STANDARD
                          ECM
```

| | |
|---|---|
| 1 | KENNETH J. FREED, ESQ. [State Bar No. 125349] |
|   | LAW OFFICES OF KENNETH J. FREED |
| 2 | 14226 Ventura Boulevard |
|   | P.O. Box 5914 |
| 3 | Sherman Oaks, California 91423 |
|   | (818) 990-0888 |
| 4 | (818) 990-1047 Facsimile |
|   | KJFESQ@yahoo.com |
| 5 | |
|   | Attorneys for Plaintiff |
| 6 | CREDITORS ADJUSTMENT BUREAU, INC. |
|   | Our File No. 77906 |
| 7 | |
| 8 | UNITED STATES DISTRICT COURT |
| 9 | FOR THE NORTHERN DISTRICT OF CALIFORNIA |
| 10 | |

| | | |
|---|---|---|
| 11 | CREDITORS ADJUSTMENT BUREAU, ) | CASE NO. C08-01431 MMC |
|    | INC., A CALIFORNIA CORPORATION ) | |
| 12 |                                ) | Assigned to: Hon. Maxine |
|    |          Plaintiff,            ) | M. Chesney, Dept. 7 |
| 13 |                                ) | |
|    |       v.                       ) | OPPOSITION TO DEFENDANT'S |
| 14 |                                ) | MOTION TO DISMISS OR |
|    | M. ROTHMAN & CO., INC.         ) | TRANSFER |
| 15 |                                ) | |
|    |          Defendant.            ) | DATE: MAY 30, 2008 |
| 16 | _____  | TIME: 9:00 A.M. |
|    |                                  | DEPT: 7 |
| 17 | |

1.

19   PLAINTIFF'S ASSIGNOR IS SEEKING TO SET ASIDE