```
 1  CHASSMAN & SEELIG, LLP
    MARK B. CHASSMAN (SBN 119619)
 2  RHONDA E. KALEY (SBN 138546)
    350 South Figueroa Street
 3  Suite 580
    Los Angeles, CA 90071
 4  Telephone: (213) 626-6700
    Facsimile: (213) 626-5111
 5
    Attorneys for Defendant
 6  M. Rothman & Co., Inc.
 7
```

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CREDITORS ADJUSTMENT BUREAU, INC., | Case No: C 08-01431 MMC |
| Plaintiff, | Assigned to: Hon. Maxine M. Chesney Dept. 7 |
| vs. | **STIPULATION AND [PROPOSED] ORDER DISMISSING CASE BY CONSENT** |
| M. ROTHMAN & CO., INC., | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel of record, that the above-entitled action be dismissed on the following terms based upon a Consent Order in the Superior Court of New Jersey (Bergen County Docket No. L-0289-07) ("Consent Order") relating to the final resolution of the legal and equitable claims and defenses by between plaintiff's assignor, Hannspree North America, Inc. (formerly Hannspree California, Inc.) and defendant M. Rothman & Co., Inc.:

///

1

1. The above entitled action shall be dismissed with prejudice as to all pending procedural matters currently pending in the U.S. District Court for the Northern District of California, including, but not limited to, Rothman's motion to dismiss plaintiff's complaint under Rule 12(b)(6) of the Federal Rules of Civil Procedure and Creditors Adjustment Bureau Inc.'s motion to compel arbitration or, in the alternative, to stay proceedings pending completion of arbitration, both of which are set for hearing on May 30, 2008 in Department 7 of this Court.

2. The above-entitled action shall be dismissed without prejudice to the rights of plaintiff's assignor, Hannspree North America, Inc., to continue to litigate its substantive claims and defenses arising out of, relating to, or connected with the business relationship between Hannspree and M. Rothman & Co. in the Superior Court of New Jersey (Bergen County), including, but not limited to, all claims previously asserted by Rothman in the New Jersey case and by Hannspree, through its assignee, in the California case as agreed under the New Jersey Consent Order.

3. The parties stipulate and submit that the dismissal of this action as set forth above is in the best interests of the parties and promotes judicial economy.

4. All previously scheduled hearings in this Court which are pending as a matter of record, including, but not limited to, the Initial Case Management Conference (CMC) set for June 27, 2008 at 10:30 a.m. in Courtroom 7, are hereby vacated.

///

5. Each party shall bear its own costs and attorneys' fees relating to and arising out of the California action.

Dated: May 13, 2008      LAW OFFICES OF KENNETH J. FREED

BY: _____
KENNETH J. FREED, ESQ.
Attorneys for Plaintiff,
CREDITORS ADJUSTMENT BUREAU, INC.

Dated: May 15, 2008      CHASSMAN & SEELIG, LLP

BY: _Rhonda E Kaley_____
RHONDA E. KALEY, ESQ.
Attorneys for Defendant,
M. ROTHMAN & CO., INC.

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __May 19, 2008__       _Maxine M. Chesney_
HON. MAXINE M. CHESNEY
U.S. DISTRICT COURT JUDGE